UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-4587-SPG(Ex) | Date | July 27, 2026 |
| Title | DIGITALBRIDGE GROUP, INC., ET AL. v. NATIONAL FIRE & MARINE COMPANY, ET. AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| | | |
|---|---|---|
| Bea Martinez | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| | |
|---|---|
| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
| None | None |

**Proceedings:** **(IN CHAMBERS)**

The Magistrate Judge has read and considered all papers filed in support of and in opposition to "Plaintiffs Digitalbridge Group, Inc., Formation Capital, LLC, and Formation Capital Assets Management III, LLC's Motion to Compel Responses to All Written Discovery" ("the Motion"), filed July 1, 2026. The previously noticed August 7, 2026 hearing is vacated. The Magistrate Judge has taken the Motion under submission without oral argument.

Under the peculiar circumstances presented: (1) the Motion is denied without prejudice; (2) the subject discovery requests are deemed to have been served properly on Defendant as of the date of this Order; (3) Defendant timely shall serve new responses to the subject requests; and (4) the new responses shall respond in good faith to the substance of the discovery requests and shall not include any boilerplate objections.

The Magistrate Judge has declined to deem all of Defendant's potential objections waived by delay in view of, inter alia, the excuse offered for the delay and the absence of any showing of prejudice to Plaintiffs from the delay. See Shakar v. Trans Union LLC, 2021 WL 6496405, at *3-4 (C.D. Cal. Sept. 22, 2021); Karr v. Napolitano, 2012 WL 1965855, at *5-6 (N.D. Cal. May 31, 2012); see also WideVoice Comms., Inc., v. Quest Comms. Co., LLC, 2012 WL 1439071, at *4 (D. Nev. Apr. 26, 2012).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-4587-SPG(Ex) | Date | July 27, 2026 |
| Title | DIGITALBRIDGE GROUP, INC., ET AL. v. NATIONAL FIRE & MARINE COMPANY, ET. AL. | | |

Further, the propriety of a post-removal federal court's enforcement of discovery obligations, arising pre-removal, which were not enforced by the state court, is open to serious question. See, e.g., Woods v. Waste Pro USA, Inc., 2021 WL 4125889 (N.D. Fla. Feb. 4, 2021), aff'd, 2022 WL 2288683 (11th Cir. June 24, 2022); Riley v. Walgreen Co., 233 F.R.D. 496 (S.D. Tex. 2005).

cc: Judge Garnett
All Counsel of Record

Initials of Deputy Clerk bm